**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes
to attack, the movant should file a motion in the federal court which entered the judgment.)

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

*Explanation and Instructions—Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under the penalty of perjury. Any false
statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered
concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No
citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a
separate memorandum.

(3) Upon receipt, motion will be filed if it is in proper order.  No fee is required within this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type,
you may request permission to proceed *in forma pauperis,* in which event you must execute form AO 240 or any other form
required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma
pauperis,*
you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities
on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered
by different judges or divisions either in the same district or in different districts, you must file separate motions as to each
such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for
relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States
District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| *THEODORE WORKMAN* | 14008-026 | 03-30026 |

Place of Confinement  *U.S.P. TERRE HAUTE*

| UNITED STATES OF AMERICA | V. | *THEODORE WORKMAN* |
|---|---|---|
| | | (name under which convicted) |

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack  *U.S. DISTRICT COURT IN SPRINGFEILD IL.*

2. Date of judgment of conviction  *11-14-2003*

3. Length of sentence  *146 MONTHS*

4. Nature of offense involved (all counts)  *MANUFACTURE OF A CONTROLLED SUBSTANCE T31;341 (A) (1)*

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☑

(2)

9. If you did appeal, answer the following:

(a) Name of court _____

(b) Result _____

(c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐    No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
     Yes ☐         No ☐

(5)  Result _____

(6)  Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1)  First petition, etc.          Yes ☐          No ☐
    (2)  Second petition, etc.         Yes ☐          No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self−incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: (I)  DENIAL oF EFFECTIVE  ASSISTANCE  oF
      COUNSEL

Supporting FACTS (state *briefly* without citing cases or law)

MY ATTORNEY FAILED TO TELL ME ABOUT ANY
ENHANCEMENTS BEFORE I PLED GUILTY. I BELIVED I WAS
ONLY PLEDING GUILTY TO MY CHARGE, NOT TO ANY
ENHANCEMENTS. IF I WOULD HAVE KNOWN I WOULD NOT
HAVE PLED GUILTY

B.   Ground two: (I) DENIAL oF EFFECTIVE ASSISTANCE oF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law)   MY ATTORNEY DIED AND
MY NEW ATTORNEY SAID  I HAD ALL READY PLED GUILTY
SO IT WAS TO LATE. I HAD TO TAKE WHAT THEY
GAVE ME. AT NO TIME WAS I TOLD ABOUT ANY
ENHANCEMENTS, BY ANY ONE. I DIDN'T KNOW ABOUT THEM
TILL I WAS BEING SENTENCED.

C.   Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

_____

_____

D.    Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law)    _____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing    $DAVED$   $MOATS$ _____

    _____

    (b) At arraignment and plea    $DAY$ $FD$   $MOATS$ _____

    _____

    (c) At trial _____

    _____

    (d) At sentencing    $GEORGE$   $TASEFF$ _____

    _____

(6)

AO 243 (Rev. 2/95)

(e)  On appeal _____

(f)  In any post−conviction proceeding _____

(g)  On appeal from any adverse ruling in a post−conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐     No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐     No ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

(b)  Give date and length of the above sentence: _____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐     No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_12 - 06 - 04_
(Date)

_Ted Wakman_
Signature of Movant

(7)