E-FILED
Friday, 25 February, 2005 04:17:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THEODORE WORKMAN, | ) |
| Petitioner, | ) |
| v. | )   No. 04-3267 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MOTION FOR A STAY IN THE PROCEEDING
## OR
## AN EXTENSION OF TIME TO ANSWER

The Petitioner, Theodore Workman, Pro se, to moves this honorable court for a Stay in the proceedings or an extension of time to answer for good cause.

The petitioner is not an attorney and therefore will have some difficulty in responding to the Governments response to Petitioners' MOTION under § 2255

1. The petitioner will need to obtain a copy of the sentencing transcript to which the Respondent refers to in their response to Petitioners' 2255 .

2. The Petitioner will need to obtain a copy of the Plea Agreement and indictment.

3. Until just last month the petitioner was not allowed to possess his Transcript, Indictment, Plea Agreement, or other Court documents, by UNITED STATES PENITENTIARY TERRE HAUTE INDIANA Policy. see attached B.O.P. Memo.

4. Petitioner is preparing a request for copies of the above mentioned documents now that he can demonstrate a need for them.

Wherefore the petitioner moves this Honorable grant a Stay in the proceedings or in the alternative an extension of time to answer for good cause shown.

*Ted Workman*
Theodore Workman

### CERTIFICATE OF SERVICE

I hereby certify that on __21__ day of __FEB__ 2005 I caused a true and correct copy of the for going to be served to the below named by placing it in the United States Mail first class postage pre-paid.

*Ted Workman 2-21-05*
Theodore Workman
14008-026
P.O. Box 33
Terre Haute, IN. 47808

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*United States Penitentiary*
*Terre Haute, Indiana*

Date: February 25, 2004

Reply To
Attn Of: Keith H. Olson, Warden

Subject: Court Transcripts

To: Inmate Population

The purpose of this notice is to reiterate that inmates are not permitted to keep court transcripts in their possession due to safety and security concerns. Although possessing transcripts was allowed for a brief period of time in October 2003, this practice is no longer in effect.

The purpose of prohibiting inmates from possessing their transcripts is to protect inmates from being coerced by other inmates to produce such documents for illicit purposes. An inmate is permitted access to review these materials, and must submit a request to his unit team. The unit team will arrange a time during which the transcripts can be reviewed in a private area. When reviewing transcripts, an inmate may take notes to later assist him with legal research.

In addition, if an inmate has an imminent court deadline, he must make his unit team aware of this deadline, as soon as possible, to ensure adequate time and opportunity to review the transcripts.

---



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*United States Penitentiary*
*Terre Haute, Indiana*

Date: June 6, 2003

From: Keith E. Olson, Warden

Subject: Court Transcripts

To: Inmate Population

## NOTICE

Effective immediately, staff will no longer provide inmates with copies of their Court Transcripts. Those inmates that currently possess transcripts will have until July 16th, 2003, to either mail them home at the government's expense, or give them to their unit team for placement in a centralized storage area. After July 16th, 2003, court transcripts will be considered an item "not authorized for an inmate to possess" and you will be issued an incident report for possessing them. Inmates who want the unit team to store their transcripts must submit an "inmate request" to the unit team each time they wish to review their transcripts. Inmates who demonstrate a court deadline in conjunction with their request to review transcripts will be treated on a priority basis. Additionally, inmates will still be allowed to request their transcripts from the courts in the future. Upon arrival of the transcripts, a note will be sent to the inmate notifying him of his mail. His unit team will be responsible for picking up and storing the transcript at that time.

If you have any questions regarding this matter, please contact your unit staff.