IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD ILLINOIS

| | |
|---|---|
| THEODORE WORKMAN, | ) |
| Petitioner - Appellant, | ) |
| | ) |
| | ) No. 04-3267 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondant-Appellee. | ) |
| | ) |

FILED
MAR 03 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR A STAY IN THE PROCEEDING

   Now comes the Defendant Theodore Workman pro-se to move this Honorable Court for a stay in the proceedings, for the forgoing reasons:
1. The Unite States Penitentiary at Terre Haute has until last month not allowed Inmates to posses their trial transcript, Indictment, Presentinsing Report, or any other Court Documents.
2. The defendant is being moved to the newly built U.S.P. along with 900 other inmates, this move is not a normal transfer form one prison to another. Staff and all are moving to this new prison, and every thing is already mixed up, so it is probably going to be even worst.
3. The new prison does not have law book in the law library. A new Computerized legal research system will be in place rather than the old method of research through books. This system will take the defendant a short time to master, but it will take time none the less.
The stay need only be for 60 days, this should allow for the time it will take to get the defendants property given back to him, and to learn how to use the new computerized Legal research system, as there will not be any law books in the library as there were in the old prison.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was placed in the United States Mail postage pre-paid to the below named person at the address(s) listed below :

GREGORY M. GILMORE, REG. NO. 6217499
U.S. ATTORNEY OFFICE
318 56th STREET
SPRINGFEILD, IL.
62701


THEODORE WORKMAN
#14008-026
P.O. BOX 33
TERRE HUATE, IN.
47808