E-FILED
Friday, 04 March, 2005  03:43:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD ILLINOIS

| | |
|---|---|
| THEODORE WORKMAN, ) | |
| Petitioner - Appellant, ) | |
| ) | |
| ) | No. 04-3267 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondant-Appellee. ) | |
| ) | |

FILED
MAR 03 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF APPEAL

Notice is hereby given that Theodore Workman defendant in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the final judgment entered in this action on the 18th day of February 2005

*Ted Workman*

Theodore Workman
#14008-026
P.O. Box 33
Terre Huate, IN. 47808

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was placed in the United States Mail postage pre-paid to the below named person at the address(es) listed below :

GREGORY M. GILMORE, REG.NO. 6217499
U.S. ATTORNEY OFFICE
318 S 6th STREET
SPRINGFEILD, IL. 62701


THEODORE WORKMAN
# 14068-024
P.O. BOX 33
TERRE HUATE, IN.
47808

*Ted Workman*