IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THEODORE WORKMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 04-3267 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner Theodore Workman's Motion for a Certificate of Appealability (d/e 11) and two Motions for Stay in the Proceedings (d/e 8 & 9). This Court denied Workman's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 because it was barred by the statute of limitations. Order entered February 17, 2005 (d/e 6)(Order), at 3. When such a petition is denied on procedural grounds such as timeliness, a certificate of appealability is appropriate only if the petitioner shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable

1

whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). No jurist of reason would find this Court's procedural ruling to be debatable. Workman filed his Petition after the statute of limitations had run. <u>Order</u>, at 3. This Court therefore cannot grant him a certificate of appealability.

Workman also asks for a stay in the proceedings or an extension of time to answer. The Motions are denied. The Court entered judgment before the Motions were filed and so the request for time to file an answer is moot. Also, since the judgment was already entered, there is nothing before this Court to be stayed. If Petitioner wants the Court of Appeals to stay its proceedings, he should file his request for a stay with that Court.

THEREFORE, Petitioner's Motion for a Certificate of Appealability (d/e 11) is DENIED. Petitioner's Motions for a Stay in the Proceedings or an Extension of time to Answer (d/e 8) and his Motion for Stay in the Proceedings (d/e 9) are DENIED. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER: March 8, 2005.

    FOR THE COURT:

                        s/ Jeanne E. Scott
                        JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE