E-FILED
Wednesday, 16 March, 2005  09:36:11 AM
Clerk, U.S. District Court, ILCD



## United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

March 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ANDY KOHN

RE: Workman v. USA
D. C. Docket No. 04-3267

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1  Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:____C. Cathcart_____
Deputy Clerk