33, APPEAL, CLOSED, HABEAS

# U.S. District Court
## Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-03267-JES
### Internal Use Only

Workman v. USA
Assigned to: Judge Jeanne E. Scott
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 12/15/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Theodore Workman**    represented by **Theodore Workman**
14008-026
TERRE HAUTE
US Penitentiary
PO Box 33
Terre Haute, IN 47808
812-238-1531
PRO SE

V.

**Respondent**

**USA**    represented by **Gregory M Gilmore**
US ATTY
318 S Sixth
Springfield, IL 62701-1806
217-492-4450
Fax: 217-492-4512
Email: greg.gilmore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Petitioner Theodore Workman regarding sentence imposed in 03-30026. (CC, ilcd) (Entered: 12/16/2004) |
| 12/15/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Petitioner Theodore Workman. Responses due by 12/29/2004 (CC, ilcd) (Entered: 12/16/2004) |
| 12/15/2004 | 3 | Remark: Criminal Indictment, Judgment and Commitment Order, and |

| | | |
|---|---|---|
| | | Docket Sheet scanned into file (CC, ilcd) (Entered: 12/16/2004) |
| 12/21/2004 | | TEXT ORDER: Petitioner's Motion for Leave to Proceed In Forma Pauperis (d/e 2) is DENIED as moot. Petitioner is not required to pay a filing fee to file his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Section 2255. Petitioner, thus, does not need to proceed in forma pauperis. Entered by Judge Jeanne E. Scott on 12/21/04. (CC, ilcd) (Entered: 12/21/2004) |
| 12/21/2004 | 4 | ORDER. The United States Attorney is ordered to file an answer pursuant to Rule 5 of the Rules Governing 28 USC Section 2255 Cases to Petitioner's Petition on or before 2/4/05. Entered by Judge Jeanne E. Scott on 12/21/04. (CC, ilcd) (Entered: 12/22/2004) |
| 02/10/2005 | 5 | RESPONSE to Motion re 1 MOTION to Vacate, Set Aside or Correct Sentence (2255) filed by Respondent USA. (Gilmore, Gregory) (Entered: 02/10/2005) |
| 02/17/2005 | 6 | ORDER. Petitioner Theodore Workman's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 USC Section 2255 1 is DENIED. All pending motions are denied as moot. This case is closed. Entered by Judge Jeanne E. Scott on 2/17/05. (CC, ilcd) (Entered: 02/18/2005) |
| 02/18/2005 | 7 | JUDGMENT entered denying Petitioner's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 USC Section 2255. (CC, ilcd) (Entered: 02/18/2005) |
| 02/25/2005 | 8 | MOTION for a Stay in the Proceeding or an Extension of Time to Answer by Petitioner Theodore Workman. Responses due by 3/11/2005 (CC, ilcd) (Entered: 02/25/2005) |
| 03/03/2005 | 9 | MOTION for a Stay in the Proceeding by Petitioner Theodore Workman. Responses due by 3/17/2005 (CC, ilcd) (Entered: 03/03/2005) |
| 03/03/2005 | 10 | NOTICE OF APPEAL as to 7 Judgment by Petitioner Theodore Workman. (CC, ilcd) (Entered: 03/03/2005) |
| 03/03/2005 | 11 | Notice of Appeal docketed as MOTION for Certificate of Appealability by Petitioner Theodore Workman. Responses due by 3/17/2005 (CC, ilcd) (Entered: 03/04/2005) |
| 03/04/2005 | 12 | Short Record of Appeal Sent to US Court of Appeals re 10 Notice of Appeal (CC, ilcd) (Entered: 03/04/2005) |
| 03/08/2005 | 13 | ORDER. Petitioner's Motion for a Certificate of Appealability 11 is DENIED. Petitioner's Motions for a Stay in the Proceedings or an Extension of Time to Answer 8 and his Motion for Stay in the Proceedings 9 are DENIED. This case is closed. Entered by Judge Jeanne E. Scott on 3/8/05. (CC, ilcd) (Entered: 03/08/2005) |