UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

FILED
MAR 31 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:   05-1796              Docketed on: 3/25/05
Short Caption:         Workman, Theodore v. USA
District Court Judge:  Jeanne E. Scott
District Court No.:    04 C 3267
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)