E-FILED

Monday, 11 April 2005 - 10:11:48 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL _____ District of ILLINOIS

**FILED**
APR 08 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, THEODORE WORKMAN, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration TERRE HAUTE INDIANA

    Are you employed at the institution? YES    Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. HERE

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or inheritances | ☐ | ☒ |
    | f. | Any other sources | ☒ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MOM SENT ME SOME MONEY

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____4-4-05_____    _____Ted Walkman_____
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## All Transactions 

| Inmate Reg #: | 14008026 | Current Institution: | Terre Haute FCI |
|---|---|---|---|
| Inmate Name: | WORKMAN, THEODORE | Housing Unit: | 2 |
| Report Date: | 04/04/2005 | Living Quarters: | E04-064L |
| Report Time: | 2:58:54 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/26/2005 11:43:56 AM | AMService | ITS Withdrawal | ($10.00) | ITS0326 | | $20.78 |
| 3/21/2005 4:41:42 PM | THA2991 | Sales | ($19.25) | 18 | | $30.78 |
| 3/20/2005 12:12:15 PM | AMService | ITS Withdrawal | ($7.00) | ITS0320 | | $50.03 |
| 3/14/2005 5:49:54 PM | THA2991 | Sales | ($123.40) | 78 | | $57.03 |
| 3/12/2005 8:37:29 AM | AMService | ITS Withdrawal | ($12.00) | ITS0312 | | $180.43 |
| 3/8/2005 8:16:49 AM | THA7583 | Payroll - UNICOR | $112.13 | 5OS2018 | | $192.43 |
| 2/22/2005 6:11:04 PM | AMService | ITS Withdrawal | ($7.00) | ITS0222 | | $80.30 |
| 2/14/2005 5:26:23 PM | THA6752 | Sales | ($123.45) | 31 | | $87.30 |
| 2/13/2005 4:54:18 PM | AMService | ITS Withdrawal | ($12.00) | ITS0213 | | $210.75 |
| 2/9/2005 6:07:29 AM | AMSERVICE | Lockbox - CD | $100.00 | 70126001 | | $222.75 |
| 2/8/2005 6:45:57 AM | THA7583 | Payroll - UNICOR | $97.75 | 5OS2012 | | $122.75 |
| 2/8/2005 6:18:27 AM | THA7583 | Payroll - IPP | $25.00 | 5JV0056 | | $25.00 |
| 2/7/2005 5:26:35 PM | THA2991 | Sales | ($20.00) | 48 | | $0.00 |
| 2/6/2005 12:26:46 PM | AMService | ITS Withdrawal | ($9.00) | ITS0206 | | $20.00 |
| 2/6/2005 5:32:54 AM | AMSERVICE | Lockbox - CD | $20.00 | 70125802 | | $29.00 |
| 1/31/2005 5:35:51 PM | THA1910 | Sales | ($161.35) | 34 | | $9.00 |
| 1/23/2005 5:37:56 AM | AMSERVICE | Lockbox - CD | $90.00 | 70124802 | | $170.35 |
| 1/22/2005 9:37:33 AM | AMService | ITS Withdrawal | ($20.00) | ITS0122 | | $80.35 |
| 1/22/2005 5:54:34 AM | AMSERVICE | Lockbox - CD | $100.00 | 70124801 | | $100.35 |
| 1/19/2005 6:05:24 PM | AMService | ITS Withdrawal | ($3.00) | ITS0119 | | $0.35 |
| 1/10/2005 5:17:00 PM | THA2991 | Sales | ($47.60) | 22 | | $3.35 |
| 1/7/2005 5:41:17 PM | AMService | ITS Withdrawal | ($11.00) | ITS0107 | | $50.95 |
| 1/7/2005 6:49:42 AM | THA7583 | Payroll - UNICOR | $57.04 | 5OS2009 | | $61.95 |
| 1/3/2005 4:44:30 PM | THA6752 | Sales | ($30.90) | 13 | | $4.91 |
| 1/1/2005 12:20:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0101 | | $35.81 |
| 12/27/2004 5:50:59 PM | THA6792 | Sales | ($59.50) | 66 | | $40.81 |
| 12/27/2004 5:45:29 AM | AMSERVICE | Lockbox - CD | $100.00 | 70122903 | | $100.31 |
| 12/21/2004 5:48:52 PM | AMService | ITS Withdrawal | ($8.00) | ITS1221 | | $0.31 |
| 12/15/2004 5:02:54 PM | THA6752 | Sales | $1.30 | 31 | | $8.31 |
| 12/15/2004 5:00:47 PM | THA6752 | Sales | ($45.90) | 30 | | $7.01 |
| 12/8/2004 4:52:36 PM | THA6792 | Sales | ($38.30) | 29 | | $52.91 |
| 12/8/2004 9:37:42 AM | THA7583 | Payroll - UNICOR | $83.39 | 5OS2005 | | $91.21 |
| 11/29/2004 4:30:06 PM | THA6792 | Sales | ($53.05) | 12 | | $7.82 |
| 11/23/2004 5:17:49 PM | AMService | ITS Withdrawal | ($12.00) | ITS1123 | | $60.87 |
| 11/22/2004 4:48:43 PM | THA4682 | Sales | ($47.95) | 6 | | $72.87 |
| 11/22/2004 2:43:40 PM | THA5542 | Local Collections | $100.00 | 3024 | | $120.82 |
| 11/18/2004 1:57:01 PM | THA8016 | Local Collections | $20.00 | 2871 | | $20.82 |
| 11/8/2004 4:35:34 PM | THA6752 | Sales | ($6.65) | 5 | | $0.82 |
| 11/8/2004 12:25:50 PM | THA7583 | Payroll - IPP | $5.25 | 5JV0005 | | $7.47 |
| 11/1/2004 4:27:23 PM | THA0743 | Sales | ($33.10) | 2 | | $2.22 |
| 10/29/2004 5:47:54 PM | AMService | ITS Withdrawal | ($15.00) | ITS1029 | | $35.32 |
| 10/29/2004 2:22:01 PM | THA8016 | Local Collections | $50.00 | 1932 | | $50.32 |
| 10/18/2004 5:04:46 PM | THA6752 | Sales | ($9.80) | 24 | | $0.32 |
| 10/8/2004 6:22:24 AM | THA7583 | Payroll - IPP | $5.25 | 4JV0159 | | $10.12 |
| 10/4/2004 5:01:37 PM | THA6752 | Sales | ($39.85) | 25 | | $4.87 |
| 10/3/2004 2:23:39 PM | AMService | ITS Withdrawal | ($6.00) | ITS1003 | | $44.72 |
| 10/1/2004 2:34:16 PM | THA8016 | Local Collections | $50.00 | 18023 | | $50.72 |

1

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit**

**FILED
APR 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

THEODORE WORKMAN ) Appeal from the United States District Court
) CENTRAL District of ILLINOIS
)
v.   Case No. 04-3267 ) District Court No. 04 C 3267
)
U.S. OF AMERICA ) District Court Judge JEANNE SCOTT
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Ted Workman

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 4-08-05

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $100. | $NONE | $100. | $NONE |
| Self-employment | $NO | $NO | $NO | $NO |
| Income from real property (such as rental income) | $NO | $NO | $NO | $NO |
| Interest and dividends | $NO | $NO | $NO | $NO |
| Gifts | $NO | $NO | $NO | $NO |
| Alimony | $NO | $NO | $NO | $NO |
| Child support | $NO | $NO | $NO | $NO |
| Retirement (such as social security, pensions, annuities, insurance) | $NO | $NO | $NO | $NO |
| Disability (such as social security, insurance payments) | $NO | $NO | $NO | $NO |
| Unemployment payments | $NO | $NO | $NO | $NO |
| Public-assistance (such as welfare) | $NO | $NO | $NO | $NO |
| Other (specify): | $NO | $NO | $NO | $NO |
| **Total monthly income:** | $NO | $NO | $NO | $NO |

1

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| UNICOR | TERRE HAUTE | 12-08-04 — | $100.00 |
| IPP | TERRE HAUTE | 12-05-03 - 12-08-04 | $5.25 |
| NONE | | | |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | |
| NONE | | | |
| NONE | | | |

**4. How much cash do you and your spouse have? $ NONE**
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | | |
| NONE | | | |
| NONE | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| NONE | NONE | Model: NONE |
| NONE | NONE | Registration # NONE |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | NONE | NONE |
| Model: NONE | NONE | NONE |
| Registration # NONE | NONE | NONE |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |
| NONE | | |
| NONE | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| NONE | | |
| NONE | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ]No  Is property insurance included? [ ] Yes [ ]No | $ NONE | $ NONE |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ NONE |
| Home maintenance (repairs and upkeep) | $ NONE | $ NONE |
| Food | $ ~~~~ $100.00 | $ NONE |
| Clothing | $ NONE | $ NONE |
| Laundry and dry-cleaning | $ NONE | $ NONE |
| Medical and dental expenses | $ NONE | $ NONE |
| Transportation (not including motor vehicle expenses | $ NONE | $ NONE |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ NONE |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ NONE | $ NONE |

3

| | | |
|---|---|---|
| Life | $ No | $ No |
| Health | $ No | $ No |
| Motor vehicle | $ No | $ No |
| Other: _____ | $ No | $ No |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ No | $ No |
| Installment payments | $ No | $ No |
| Motor Vehicle | $ No | $ No |
| Credit card (name): _____ | $ No | $ No |
| Department store (name): _____ | $ No | $ No |
| Other: _____ | $ No | $ No |
| Alimony, maintenance, and support paid to others | $ No | $ No |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ No | $ No |
| Other (specify): _____ | $ No | $ No |
| Total monthly expenses: | $100.00 | $ |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

I AM IN JAIL, CAN NOT WORK

**13. State the address of your legal residence.**

U.S.P.
TERRE HAUTE P.O. BOX 33
47808-0

Your daytime phone number: (___) NONE

Your age: 35  Your years of schooling: 10

Your social-security number: 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

5