**FILED**

**E-FILED**
Monday, 11 April, 2005 10:13:19 AM
Clerk, U.S. District Court, ILCD

APR 0 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEAR CLERK

THESE ARE THE PAPER'S FOR ME TO FILE A MOTION OF APPEAL IN FORMA PAUPERIS THE APPEAL WAS FILED ON 3-3-05 BY YOUR OFFICE. I DID NOT KNOW ABOUT FILING THESE FORMA PAUPERIS PAPERS AGAIN, MY BAD. THANK YOU FOR YOUR TIME AND TROUBLE

Ted Workman

WORKMAN-v- USA
# 3:04-cv-3267