

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
217.492.4028

**FILED**
APR 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 16, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ANDY KOHN

**05-1796**

U.S.C.A.—7th Circuit
RECEIVED
MAR 17 2005 DW
GINO J. AGNELLO
CLERK

RE:   Workman v. USA
      D. C. Docket No. 04-3267

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

  1  Volume of Pleadings

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:____C. Cathcart____
    Deputy Clerk

U.S.C.A.—7th Circuit
**FILED**
APR 0 5 2005 DW
GINO J. AGNELLO
CLERK
DOC. # 1949221

ON AIMS
APR 0 5 2005
DW