DEAR CLERK

CASE # 04-C-3267

I WOULD LIKE TO FILE AND SERVE A DOCKETING STATEMENT, ACCORDINGLY TO CIRCUIT RULE 3(C) WHICH MEET'S THE REQUIREMENTS OF CIRCUIT RULE 28A FOR FILING A NOTICE OF APPEAL. AND I WOULD LIKE FOR COPY'S SENT TO ME AND THE COURT OF APPEAL'S OF THE SEVENTH CIRCUIT. THANK YOU FOR YOUR TIME AND TROUBLE.

**FILED**
APR 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TED WORKMAN 14008-026

Ted Workman 4-16-05