E-FILED
Monday, 16 May, 2005  03:14:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Theodore Workman, Pro Se )
   Petitioner/Appellant )
vs. ) 04-3267
UNITED STATES OF AMERICA, )
   Respondent/Appellee )

FILED
MAY 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---

CIRCUIT RULE 3(c), DOCKETING STATEMENT

---

1. Case No: 05-1796
2. Date Docketed: Have Not been so Advised.
3. Case Name: THEODORE Workman v. United States
4. Type of Case: [ ] District Court  [ ] U.S. Civil  [ ] Private Civil
           [✓] Criminal      [ ] Bankruptcy  [ ] Original Proceeding
5. Is this case required by statute to be expedited? [ ] Yes [✓] No
   If yes, cite statute: _____
6. Case Information:
   A. District Court Docket No: 04 C 3267
      Civil: _____
      Criminal: ✓
      Miscellaneous: _____
   B. Review is sought of: [✓] Final Order
                     [ ] Interlocutory Order Appealable As of Right
                     [ ] Interlocutory Order Certified For Appeal

C. Name of Judge Who Entered Order Being Appealed:
   Judge: JEANNE E. SCOTT
   Magistrate Judge: N/A

D. Date of Order(s) Appealed (use date docketed): 3-25-05

E. Date Notice of Appeal Filed: 3-03-05

F. Has Any Other Notice of Appeal Been Filed in This Case? [ ] Yes [X] No
   If Yes, give date filed: _____

G. Are there any motions currently pending in trial court? [ ] Yes [X] No
   If Yes, identify the motion and date filed: N/A

H. Has a transcript of the proceedings been ordered pursuant to FRAP 10(b)? [ ] Yes [X] No
   If No, why not? The Bureau of Prison does Not permit inmates transcripts

I. Has this case previously been before this Court under another appeal number? [ ] Yes Appeal # _____ [X] No

J. Are any cases involving the same underlying order or, to counsel's knowledge, involving substantially the same issue currently pending before the district court, this Court, another circuit court, or the Supreme Court? [ ] Yes [X] No
   If Yes, give name of court, case name, and docket number for each case: N/A

K. Does this case turn on the validity or correct interpretation or application of a particular statute? [X] Yes [ ] No
   If Yes, give popular name and citation of statute: MASSARD - 538 US 500, 509 (2003), - BALLINGER #03-1547

2

Signature: Ted Workman     Date: 5-10-05
Name of Party: THEODORE WORKMAN
Name of Counsel: Pro Se     Firm: N/A
Address: P.O. Box 12015
TERRE HAUTE IN 47801
Telephone Number: (NA) NA-____

CERTIFICATE OF SERVICE

I, THEODORE WORKMAN do hereby certify, under the penalty of perjury, that I sent a true and correct copy of the foregoing docketing statement to:

Respondent/Appellee: AUSA Gregory M. Gilmore
Address: CENTRAL DISTRICT OF ILLINOIS
318 S 6+# SPRINGFIELD IL. 62701-1806

via First Class, postage paid envelope, on this 10 day of MAY, 2005.

Signature: Ted Workman
Name of Party: THEODORE WORKMAN

3