E-FILED
Thursday, 13 October, 2005 03:18:44 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604
### NOTICE OF ISSUANCE OF MANDATE

DATE: October 11, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
151 U.S. Courthouse
600 E. Monroe Street
United States Courthouse & Federal Building
Springfield, IL 62701

FROM: Gino J. Agnello, Clerk

RE: 05-1796
Workman, Theodore v. USA
04 C 3267, Jeanne E. Scott, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:     Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  10/12/05                         s/ C. Cathcart
(1071-120397)                           Deputy Clerk, U.S. District Court

FILED
OCT 12 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted July 14, 2005
Decided August 18, 2005

Before

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 05-1796 | |
| THEODORE WORKMAN,<br>*Petitioner-Appellant,* | Appeal from the United States District Court for the Central District of Illinois |
| v. | No. 04 C 3267 |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | Jeanne E. Scott,<br>*Judge.* |

O R D E R

Theodore Workman has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED.